**ASTRAZENECA AB, Aktiebolaget Hassle, Astrazeneca LP, KBI, Inc., and KBI–E, Inc., Plaintiffs–Appellants,**

v.

**DR. REDDY'S LABORATORIES, LTD. and Dr. Reddy's Laboratories, Inc., Defendants–Appellees.**

No. 2009–1312.

United States Court of Appeals, Federal Circuit.

Dec. 15, 2009.

Errol B. Taylor, Milbank, Tweed, Hadley & McCoy LLP, of New York, New York, argued for plaintiffs-appellants. With him on the brief were John M. Griem, Jr., and Jay I. Alexander.

Louis H. Weinstein, Budd Larner, P.C., of Short Hills, New Jersey, argued for defendants-appellees. With him on the brief were Andrew J. Miller, Stuart D. Sender and Ellen T. Lowenthal.

Before LOURIE, LINN, and MOORE, Circuit Judges.

**Judgment**

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.